FILED

MAY 13 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:19-CR-13 Erie |
| | ) | |
| JAMES FREDERICK FRANKS | ) | (21 U.S.C. §§ 843(a)(3) and |
| | ) | 843(d)(1)) |

## INFORMATION

SCANNED

The United States Attorney charges:

1. At all times material to this Information the defendant, JAMES FREDERICK FRANKS, was the Chief Pharmacist employed at the Pennsylvania Soldiers and Sailors Home located at 860 East Third Street, Erie, Pennsylvania.

2. While employed as the Chief Pharmacist at the Pennsylvania Soldiers and Sailors Home, the defendant, JAMES FREDERICK FRANKS, had access to a full array of medicines, controlled substances, pharmaceutical and medical products stocked in the pharmacy.

3. From in and around July 2016, to in and around July 2017, in the Western District of Pennsylvania, the defendant, JAMES FREDERICK FRANKS, knowingly and intentionally obtained the following listed controlled substances by misrepresentation, fraud, deception and subterfuge:

| DRUG NAME | SCHEDULE |
|---|---|
| ALPRAZOLAM 0.25 MG TABLET | IV |
| ALPRAZOLAM 0.5 MG TABLET | IV |
| ANDRODERM 4 MG/ 24HR PATCH | III |
| ATIVAN 0.5 MG TABLET | IV |
| CLONAZEPAM 0.5 MG TABLET | IV |
| CLONAZEPAM 1 MG TABLET | IV |
| DIAZEPAM 2 MG TABLET | IV |
| DIAZEPAM 5 MG TABLET | IV |

| DRUG NAME | SCHEDULE |
| --- | --- |
| DURAGESIC 100 MCG/HR PATCH | II |
| DURAGESIC 25 MCG/HR PATCH | II |
| DURAGESIC 50 MCG/HR PATCH | II |
| ESZOPICLONE 1 MG TABLET | IV |
| FENTANYL 12 MCG/HR PATCH | II |
| HYDROCODONE - ACETAMINOPHEN 7.5-325 TAB | II |
| LOMOTIL 2.5-0.025 MG TABLET | V |
| METHADONE HCL 5 MG TABLET | II |
| METHADONE HCL 10 MG TABLET | II |
| MORPHINE SULF ER 30 MG | II |
| NORCO 10-325 TABLET | II |
| NORCO 5-325 TABLET | II |
| OXYCODONE–ACETAMINOPHEN 10-325 MG TAB | II |
| OXYCODONE–ACETAMINOPHEN 7.5-325 MG TAB | II |
| OXYCODONE–ACETAMINOPHEN 5-325 MG TAB | II |
| OXYCODONE HCL 10 MG TABLET | II |
| OXYCODONE HCL 15 MG TABLET | II |
| OXYCODONE HCL 5 MG TABLET | II |
| OXYCONTIN 20 MG TABLET | II |
| OXYCONTIN 30 MG TABLET | II |
| OXYCONTIN 60 MG TABLET | II |
| TRAMADOL HCL 50 MG TABLET | IV |

4. The defendant, JAMES FREDERICK FRANKS, while working as the Chief Pharmacist at the Pennsylvania Soldiers and Sailors Home, Erie, Pennsylvania, obtained multiple dosage units of the listed controlled substance, by removing the pills from the pharmacy shelves, surreptitiously taking the pills and removing the pills from the Soldiers and Sailors Home.

5. Further, the defendant, JAMES FREDERICK FRANKS, did alter the manual and electronic prescription drug logs and QS-1 pharmacy software to conceal his theft of the controlled substances.

6. At no time during the course of his employment as the Chief Pharmacist at the Pennsylvania Soldiers and Sailors Home did the defendant, JAMES FREDERICK FRANKS,

present or provide a valid, legitimate prescription for the listed controlled substances for purposes of obtaining the substances lawfully from the Soldiers and Sailors home.

7. In the above described manner, the defendant, JAMES FREDERICK FRANKS, unlawfully obtained more than 12,000 dosage units of the listed controlled substances.

In violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

SCOTT W. BRADY
United States Attorney
PA ID No. 88352