IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES FREDERICK FRANKS | 1:19-cr-13<br>Criminal No.           Erie |

## ARRAIGNMENT PLEA

Defendant James Frederick Franks

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)