1:19-CR-13

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____    Erie   X    Johnstown _____

Related to No. _____   Judge _____

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  __X__ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2.  ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3.  ____ Crimes of Violence
4.  ____ Sex Offenses
5.  ____ Firearms and Explosives
6.  ____ Immigration
7.  ____ All Others

Defendant's name: James Frederick Franks

Is indictment waived:    _X_ Yes    ___ No

Pretrial Diversion:      ___ Yes    _X_ No

Juvenile proceeding:     ___ Yes    _X_ No

Defendant is:            _X_ Male   ___ Female

Superseding indictment or information    ___ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Erie

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ Yes | ____ no |
| Date detainer filed: | | _____ |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | James Frederick Franks | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 843(a)(3) and 843(d)(1) | Obtaining a controlled substance through fraud | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10/13/2015

MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362