## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                          )
        vs.                )      **SUPPLEMENT TO SENTENCING**
                          )      **MEMORANDUM**
                          )
JAMES FREDERICK FRANKS,    )      Docket No.:  0315-1:19CR00013-SPB
              Defendant    )

AND NOW, comes the above-named defendant, James Frederick Franks, by his attorneys, CONNER RILEY FRIEDMAN & WEICHLER, and respectfully files the following supplement to his Sentencing Memorandum:

    1.      The defendant previously filed a Sentencing Memorandum with this Court and attached numerous character reference letters.

    2.      Attached hereto as Exhibit A are additional character reference letters.

    3.      Attached hereto as Exhibit B is an Evaluation & Treatment Summary from Dowd Treatment Center.

WHEREFORE, it is respectfully requested that the Court consider the attached letters in aid of sentencing.

                    Respectfully submitted:

                    **CONNER RILEY FRIEDMAN & WEICHLER**

                    By___/s/Philip B. Friedman, Esq._____
                        Attorney for Defendant
                        I.D. No. 27554
                        17 West 10th Street
                        Erie, PA 16501
                        (814) 453-3343