# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1-19-cr-00013-SPB-1 |
| | ) | |
| JAMES FREDERICK FRANKS, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Sentencing

Date:   October 15, 2019 @ 1:30 p.m.

Before:   Judge Susan Paradise Baxter

| | |
|---|---|
| AUSA | Christian Trabold, AUSA |
| Defense Counsel | Philip B. Friedman, Esq. |
| Court Reporter | Janis Ferguson |
| Law Clerk/Courtroom Deputy | FCF, ESA |
| Start time | 1:38 p.m. |
| End time | 2:15 p.m. |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT WITH COUNSEL. Defendant sworn.

The Defendant is sentenced to a term of two years' probation. Restitution ordered in the amount of $15,308.75. Fine assessed in the amount of $1,000. A mandatory special assessment of $100.00 is imposed.